## MOORE v. CITY OF CREEDMOOR

No. 435A95

Case below: 120 N.C.App. 27

Notice of appeal by plaintiffs (substantial constitutional question) dismissed 8 February 1996. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 8 February 1996.

## NATIONWIDE MUTUAL INS. CO. v. LANKFORD

No. 193P95

Case below: 118 N.C.App. 368

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## N.C. DEPT. OF CORRECTION v. HARDING

No. 491P95

Case below: 120 N.C.App. 451

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

## N.C. DEPT. OF CORRECTION v. PATTERSON

No. 481P95

Case below: 120 N.C.App. 408

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996. Alternative petition filed by Attorney General for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 February 1996.

## NOBLES v. FIRST CAROLINA COMMUNICATIONS

No. 436P95

Case below: 120 N.C.App. 200

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.